# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]

FILED
05/19/2023 PUT
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
Chanda J. Berta, Clerk of Court

Rafeal Jamal Sanders,
[You are the PLAINTIFF, print your full name on this line.]

v.

Allen County Work Release Facility
Allen County Sheriff Et-AL,
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number 3:23-cv-443
[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] Allen County Work Release Facility, Allen County Sheriff Et-AL | 7117 Venture Lane, Fort Wayne IN. 46818 |
| 2 | [Put the names of any other defendants in these boxes.] Edward Sike Work Release GM, MR Fry - MR Kyle - Kayla Bivens Work Release Employees | 7117 Venture Lane |
| 3 | | |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? __2__

2. What is the name and address of your prison or jail? Currently I.D.O.C. 1946 West U.S. 40 Greencastle IN. 46135 Putnamville Correctional Facility

3. Did the event you are suing about happen there? ⚪ Yes. ⦿ No, it happened at: Allen County Work Release Facility

4. On what date did this event occur? March 20th 2023

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

Pro Se 14 (INND Rev. 2/20) page 4

5. When did this event happen?
   - ◯ Before I was confined.
   - ◯ While I was confined awaiting trial.
   - ☑ After I was convicted while confined serving the sentence.
   - ◯ Other: __Was at Allen County Work Release__

6. Have you ever sued anyone for this exact same event?
   - ☑ No.
   - ◯ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
   - ◯ No, this event is not grievable at this prison or jail.
   - ☑ Yes, I filed a grievance and attached is a copy of the response from the final step.
   - ◯ Yes, this event was grievable, but I did not file a grievance because __I Filed The grievance on March 22nd 2023 Was sent to Trial Court for a Violation on 3-24-2023 and was found guilty and sent to prison Am trying to obtain copies of grievance now__

8. If you win this case, what do you want the court to order the defendant(s) to do?
   [NOTE: A case filed on this form will not overturn your conviction or change your release date.]
   __to Compensate me for Violating My Rights__

[Initial Each Statement]

RSX I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
RSX I will keep a copy of this complaint for my records.
RSX I will promptly notify the court of any change of address.
RSX I WILL NOT send more than one copy of any filing to the court.
RSX I WILL NOT send summons, USM-285, or waiver forms to the clerk.
RSX I declare **under penalty of perjury** that the statements in this complaint are true.

I placed this complaint in the prison mail system on _5_/_16_/20_23_ at _12:01_ am/pm.
[Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

_____    213250
Signature                          Prisoner Number

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

# COMPLAINT FORM
(for filers who are prisoners without lawyers)

IN THE UNITED STATES DISTRICT COURT
FOR THE **Northern** DISTRICT OF **Indiana**

(Full name of plaintiff(s))

**Rafeal Jamal Sanders**

vs

(Full name of defendant(s))

**Allen County Work Release ET AL**
**Allen County Sheriff's Dept ET AL**
**Edward Sike GM of Allen County Work Release**
**MR Fry employee, Kayla Bivens Case Worker**
**MR Kyle Boss of case workers**

Case Number:

3:23-cv-443

(to be supplied by clerk of court)

## A. PARTIES

1. Plaintiff is a citizen of **United States** (State), and is located at

   **1946 West U.S. 40 Greencastle IN 46135 Putnamville Correctional Facility**
   (Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

2. Defendant **Allen County Work Release, Allen County Sheriffs Dept, Edward Sikes, MR Fry, Kayla Bivens, MR Kyle Boss of case workers** (Name)

Complaint - 1

is (if a person or private corporation) a citizen of <u>United States</u>
(State, if known)

and (if a person) resides at <u>Allen County Work Release 7117 Venture Lane Fort Wayne IN</u> 46818
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for <u>Allen County Work Release 7117 Venture Lane Fort Wayne IN</u> 46818
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

MR Fry said Tell The Kitchen one hour each Day Before meals to prepair my Ramadan meals I was working I told Him and I cant Do That and He Said oh well. and Walked away went without any meals for 3 days Before being Taken to Trial Court for violation I'd already been Sanctioned 7 hours Community Service. But was told This Was Why I was being back in Court March 20th MR Fry told me This March 22nd Ms. Bivens Said file grievance

Complaint - 2

Which I did

MR Edward Sike Is The main Boss of all employee's at Allen County Work Release and he is The one who sent me to Court for I feal because I am muslim Religion and Requested Ramadon meals. and Was Not Being fead any meals he Just sent me back to the Trial Court and they sent me to prison When I done Nothing Wrong to Violate Work Release All of Work Release is Under The Allen County Sheriffs Department and The Rules of my Religious beliefs They are to obide By my Religious Ramadon Eating procedure's per muslim Religion. and they Just Decided to get Rid of me and Solve The inconvience That Way to Them Dont have to Deal with it and Did Not Deal With it Rather Did Not give Me any meals for 3 days.

C. JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.
OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

Make Allen County Sheriffs Dept and Allen County Work Release have Their Insurance Company's attorney Contact me for a Settlement for Their Conduct and Violation of my Rights

and Allen County to put People in place That Do Not Disregard my or anyone else's Religious believes and provide the meals They are Supose to do Without Retaliation because they Dont want to Deal with it.

E.  JURY DEMAND

☑ Jury Demand - I want a jury to hear my case
            OR

☐ Court Trial – I want a judge to hear my case

Dated this 17th day of May 20 23.

Respectfully Submitted,

*[signature]*
Signature of Plaintiff

213250
Plaintiff's Prisoner ID Number

1946 West U.S. 40 Greencastle IN 46135
Putnamville Correctional Facility.
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☑ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.